JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADEWALE ANIYELOYE,<br><br>Petitioner,<br><br>v.<br><br>WARDEN B. BIRKHOLZ,<br><br>Respondent. | Case No. CV 23-01610-DMG (MAA)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is DENIED and the action is dismissed without prejudice as moot.

DATED: March 6, 2024

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE